No. 09-9565. Terence Bruce Richards, Petitioner v. Eli Lilly and Company.

560 U.S. 909, 130 S. Ct. 3284, 176 L. Ed. 2d 1193, 2010 U.S. LEXIS 3910.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 355 Fed. Appx. 74.

No. 09-9572. Jackie Lyn Coulombe, Petitioner v. Superior Court of California, Ventura County, et al.

560 U.S. 909, 130 S. Ct. 3284, 176 L. Ed. 2d 1193, 2010 U.S. LEXIS 3973.

May 17, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

No. 09-9573. Marsha Chambers, Petitioner v. Texas, et al.

560 U.S. 910, 130 S. Ct. 3284, 176 L. Ed. 2d 1193, 2010 U.S. LEXIS 3933,

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 331 Fed. Appx. 294.

No. 09-9574. Anne F. Edwards, Petitioner v. Astoria Federal Savings.

560 U.S. 910, 130 S. Ct. 3285, 176 L. Ed. 2d 1193, 2010 U.S. LEXIS 3927.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 353 Fed. Appx. 789.

No. 09-9579. Michael Izell Seals, Petitioner v. John Russell, et al.

560 U.S. 910, 130 S. Ct. 3285, 176 L. Ed. 2d 1193, 2010 U.S. LEXIS 4080,

May 17, 2010. Petition for writ of certiorari to United States Court of Appeals for the Ninth Circuit denied.

Same case below, 355 Fed. Appx. 102.

No. 09-9580. Alonzo Richardson, Petitioner v. Charles E. Counts.

560 U.S. 910, 130 S. Ct. 3285, 176 L. Ed. 2d 1193, 2010 U.S. LEXIS 4024.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 363 Fed. Appx. 219.

No. 09-9584. Christopher William Manikowski, Petitioner v. Florida.

560 U.S. 910, 130 S. Ct. 3285, 176 L. Ed. 2d 1193, 2010 U.S. LEXIS 3911.

May 17, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 23 So. 3d 113.

No. 09-9585. Matthew James King, Petitioner v. E. K. McDaniel, Warden, et al.

560 U.S. 910, 130 S. Ct. 3285, 176 L. Ed. 2d 1193, 2010 U.S. LEXIS 4051.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 856.